1
2
3                                                                    JS-6
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   CALVIN LEONARD SHARP JR.,          Case No.  2:20-CV-09839 GW (KES)
12                  Petitioner,
13         v.                           **JUDGMENT**
14   STUART SHERMAN, Warden,
15                  Respondent.
16
17
18       Pursuant to the Court's Order Summarily Dismissing Petition for Writ of
19   Habeas Corpus for Lack of Subject Matter Jurisdiction,
20       IT IS ADJUDGED that the Petition is dismissed without prejudice.
21
22   DATED:  November 5, 2020
23
24   ___                                          _____
25       GEORGE H. WU
         UNITED STATES DISTRICT JUDGE
26
27
28